John Steinkamp

## Successful transmission to 18002963317. Re: Jackson - Capital Accounts
1 message

**MetroFax** <NoReply@metrofax.com>                                                  Fri, Jan 3, 2020 at 3:39 PM
To:



Your fax was successfully sent to 18002963317 by MetroFax.

**Fax Details**

**Date:** 2020-01-03 20:39:50 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 60 seconds
**Receiving Machine Fax ID:** HFR

If you have any questions, please visit our online help center.

Thank you for choosing MetroFax.

Sincerely,
The MetroFax Team

**Tip:** Switch to an annual plan and save! Call (888) 321-3121.

Home | Features | Mobile App | Support

© 2020 j2 Global, Inc. and affiliates. All rights reserved.
MetroFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

This account is subject to the terms listed in the MetroFax Customer Agreement.



EXHIBIT 2

**Jennifer Fujawa Asbury**  
**Attorney at Law**  
**5214 S. East Street, Suite D-1**  
**Indianapolis, IN 46227**

**Telephone: 317-780-8300**  
**Fax: 317-217-1320**

---

January 3, 2020

Capital Accounts, LLC  
800-296-3317  
*via fax only

Greetings:

    Please consider this letter to be formal written notice of my client's legal representation with my office.

    **Please terminate all communications with my client.**

**Pertinent Information Regarding Client's Files with your Company:**  
**Debtor Name: Jayella Jackson (f/k/a Hamilton)**  
**Debtor Address:**  
**Debtor SSN:** -5744

    Jayella Jackson (f/k/a Hamilton) retained my office for assistance with debt relief. Please direct any future correspondence to me directly, and not to the client. Kindly refrain from any direct or indirect contact with the above-referenced client(s) regarding any and all debts your company may be pursuing.

    Prohibited contacts include, but are not limited to, all forms of communication by letter, fax, phone, email, text messages, any communication through social media platforms or by any other means. This restricts any contact with any employer, family member, friend, or other creditor of Jayella Jackson (f/k/a Hamilton). These rules are pursuant to 15 U.S. Code § 1692, under the Fair Debt Collection Practices Act.

    My client has also instructed me to advise that they dispute the validity of the debt(s) you are pursuing.

    Thank you for your time and if you find yourself with questions please contact me.

Sincerely,

_____  
Jennifer F. Asbury  
Attorney at Law  
John Steinkamp & Associates  
JFA/kja